**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **MONTEZ UMMAH BEY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 4:26-cv-01053 PLC** |
| | ) | |
| **SHANTEL TOWNS, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court upon review of self-represented Plaintiff Montez Ummah Bey's complaint. [ECF No. 1] The complaint is defective because it was not drafted on the Court's form. *See* E.D. Mo. Local Rule 2.06(A) ("All actions brought by self-represented plaintiffs or petitioners should be filed on Court-provided forms where applicable."). In addition, Plaintiff has neither paid the $405 filing fee nor filed an Application to Proceed in District Court Without Prepaying Fees or Costs. Because Plaintiff is a self-represented litigant, the Court will allow Plaintiff to file an amended complaint on the Court's form, and file an Application to Proceed in District Court Without Prepaying Fees or Costs or pay the Court's filing fee in full.

The filing of an amended complaint completely replaces the original pleading. Thus, Plaintiff must include every one of the claims he wishes to pursue in the amended complaint. *See, e.g., In re Wireless Telephone Federal Cost Recovery Fees Litigation*, 396 F.3d 922, 928 (8th Cir. 2005). Furthermore, Plaintiff must plead facts that show in what way all defendants are personally involved in or directly responsible for the alleged harm. *See Martin v. Sargent*, 780 F.2d 1334, 1338 (8th Cir. 1985).

If Plaintiff fails to file an amended complaint on the Court's form no later than **November 23, 2026**, and that is in compliance with the Court's instructions, the Court will dismiss this action without prejudice and without further notice. Furthermore, if Plaintiff fails to pay the Court's filing fee in full or file an Application to Proceed in District Court Without Prepaying Fees or Costs, no later than **November 23, 2026**, the Court will dismiss this action without prejudice and without further notice.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk is directed to mail Plaintiff blank copies of the Court's Civil Complaint form and Application to Proceed in District Court without Prepaying Fees or Costs.

**IT IS FURTHER ORDERED** that, **no later than November 23, 2026**, Plaintiff shall file an amended complaint on the Court-provided form and in compliance with the Court's instructions.

**IT IS FURTHER ORDERED** that, **no later than November 23, 2026**, Plaintiff shall either pay the full filing fee or submit a completed Application to Proceed in District Court without Prepaying Fees or Costs.

**Plaintiff's failure to timely and fully comply with this order may result in the dismissal of this case, without prejudice and without further notice.**

Patricia L. Cohen

PATRICIA L. COHEN
UNITED STATES MAGISTRATE JUDGE

Dated this 2nd day of November, 2026